# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| DAVID STACY *Plaintiff* v. PPC TRANSPORTATION COMPANY *Defendant* | Civil Action No. 4:11CV4018 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Jury verdict in favor of Plaintiff, David Stacy in the amount of $738,400.00

This action was *(check one)*:

☑ tried by a jury with Judge Susan O. Hickey presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 02/28/2013

*CLERK OF COURT*

/s/ Charlotte A. Powell
*Signature of Clerk or Deputy Clerk*