# ECONOMIC AND FINANCIAL CONSULTING GROUP, INC.

6 RICHLAND HILLS COVE • CONWAY, AR 72034 • (501) 450-1306

October 11, 2012

Mr. Gary D. Sarles
Sarles & Quimet
Attorney at Law
370 Founders Square
900 Jackson Street
Dallas, TX 75202

RE: David Stacy

## STATEMENT

Economic Consultation: 3 hours @ $300            $900.00

Federal ID# ███████



S140067