DOLORES STEWART & ASSOCIATES, INC.
CERTIFIED COURT REPORTERS
1701 PENNSYLVANIA AVENUE
FORT WORTH TEXAS 76104
817-810-0244   FAX  817-810-0064

O. PAUL DUNAGAN
SARLES & OUIMET, L.L.P.
900 JACKSON STREET, SUITE 370
DALLAS, TX 75202-4436

INVOICE NO.:  45615
INVOICE DATE: 8/06/2012
REPORTER:
MICHAEL NAVARRO

ID# 75-2440293

DAVID STACY VS. PPC TRANSPORTATION CO.

NO. 11-4018

| Date | Description | Amount |
|---|---|---|
| | DEPOSITION OF JOHNNY EDWARDS | 256.65 |
| | COPIES OF EXHIBITS | 21.00 |
| | PDF/E-TRANSCRIPT EMAILE D8/6/12 | 40.00 |
| | DEPOSITION OF MICHAEL BISHOP | 878.70 |
| | COPIES OF EXHIBITS | 33.25 |
| | PDF/E-TRANSCRIPT EMAILED 8/6/12 | 40.00 |
| | DEPOSITION OF LARRY REYNOLDS | 310.80 |
| | PDF/E-TRANSCRIPT EMAILED 8/6/12 | 40.00 |
| | DEPOSITION OF MARISA BANDA | 63.00 |
| | PDF/E-TRANSCRIPT EMAILED 8/6/12 | 40.00 |
| | POSTAGE, CERTIFICATES & FILING | 171.52 |

THANK YOU VERY MUCH,
MICHAEL NAVARRO, CSR

Sub Total   1,894.92
Paid            0.00
Balance Due 1,894.92

PLEASE REMIT ONE COPY WITH PAYMENT.

# EXHIBIT B